# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CD AND ND, INDIVIDUALLY AND
ON BEHALF OF THEIR MINOR
CHILD, CJD

NO. 2024 CW 1208

VERSUS

CM, ON BEHALF OF HIS MINOR
CHILD, LM, TM, AND XYZ
INSURANCE COMPANY

**FEBRUARY 24, 2025**

In Re:    State Farm Fire and Casualty Company, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 721,628.

BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(9) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include plaintiffs' opposition, and attachments thereto, if any, and the signed return date order in violation of Rule 4-5(C)(11).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 17, 2025, and must contain a copy of this ruling.

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT